**APPELLANT'S COMBINED OPENING BRIEF
AND APPLICATION FOR A CERTIFICATE OF APPEALABILITY**

1. **Statement of the Case.** (Briefly summarize the events that took place in the district court. For example, identify when you filed your habeas application and any significant motions and orders that were entered.)

Appellant filed the habeas Petition on or about November 17th 2021. (1) Appellant filed for evidentiary hearing to introduce evidence that the SANE Nurse is unqualified to Conduct DIAGNOSIS AND TREATMENT making St. BX 2 - the Sane report - and DNA findings inadmissible; fundamentally unfair trial. (2) Appellant filed for discovery, to introduce Forensic Interview to establish contact with [A.C.] as 9/2/18 - making States evidence and Testimony Knowingly false. (3) Appellant returned to exhaust claim of IAAC (Doc. A1, A3, A4) as case to excuse Procedural Bar.

2. **Prior proceedings.** (Identify any prior state, federal, or administrative proceedings in which you also sought relief from the conviction and sentence at issue in this appeal.)

(1) Direct Appeal F-2019-719, Evidentiary hearing requested per Rule 3.11. Affirmed, denied evid. Hearing. 1st Application for PCR filed and held procedurally barred for failure to raise on direct appeal; Evid. Hearing denied. Habeas Petition Filed requesting Evid. hearing, discovery, and assistance of counsel; returned to exhaust IAAC claim on or about Sept. 2022, by filing 2nd Application for PCR raising only IAAC. Petition denied Appealed and affirmed. Habeas petition denied appealed to this Court.

Form COA-12

EXHIBIT 1

EXHIBIT 1

### 3. Statement of Facts Relevant to the Issues Presented for Review. (State the facts necessary and relevant to understanding the legal issues you seek to raise on appeal).

1 Claims of Ineffective Assistance of Trial Counsel may be raised for the First time in habeas.

2 Claims of Ineffective Assistance of Appellate Counsel have been exhausted and supplemented on the record.

3 The court has ruled on the merits of IATC and IAAC without conducting an evidentiary hearing in order to confirm or refute allegations, if true, made by Appellant that entitle him to relief. In violation of clearly established Federal law as held by the Supreme Court of the United States of America in Townsend v Sain

4 Appellant has offered the video of the Forensic Interview— all relevant parts confirm the State knowingly submitted fake testimony and evidence as asserted in Proposition III.

5 Appellant has asserted the exhausted claim of IAAC as cause to excuse procedural default for claims 1—5, 7-9 but the habeas court has discarded this assertion

Form COA-12

Page 2

EXHIBIT 1

EXHIBIT 1

4.    **Statement of Issues and Arguments.**  (Identify each instance in which you think the district court was wrong and provide arguments as to why you think error occurred, keeping in mind the legal standard for granting a certificate of appealability.  Wherever possible, cite authorities that support your claims.  You may argue, for example, that the district court applied the law incorrectly, that the district court erred in its recitation or understanding of the facts, that the district court failed to consider some important argument that you raised with that court, or any other claims of error that you think warrants a different outcome.)

This form provides space for three issues and arguments.  You need not have three; you may have only one.  You may also have more than three or may need additional space to state your issues and arguments, in which case you can add additional paper, following the same general format.

a.    **First Issue.  Claim of error and arguments:**

See Brief filed with Application for C.O.A. on 6/2/23.

Form COA-12

Page 3

EXHIBIT 1

**EXHIBIT 1**

b.     **Second Issue.  Claim of error and supporting arguments:**

See Brief Filed with Application for Coa filed on 6/29/23

c.     **Third Issue.  Claim of error and supporting arguments.**

See Brief filed with Application for C.O.A. filed on 6/29/23

**5. Relief Requested.**  (State what you are asking this court to do).

Vacate order denying, remand for evidentiary hearing on the merits of all claims. See Brief filed with Application for C.O.A. Filed 6/29/23

_____          7/10/23
Signature                          Date

Form COA-12                        Page 4

**EXHIBIT 1**

**EXHIBIT 1**

## FILL OUT AND SIGN EACH OF THE FOLLOWING TWO SECTIONS

I affirm under the penalty for perjury that I placed this Appellant's Combined Opening Brief and Application for a Certificate of Appealability with first-class postage prepaid in the prison mail system or, if I was not incarcerated, in the United States Mail, addressed to the Clerk of the U.S. Court of Appeals for the Tenth Circuit, 1823 Stout St., Denver, CO 80257. In addition, I hereby certify that a copy of this form was placed with first-class postage prepaid in the prison mail system or, if I was not incarcerated, in the United States Mail, addressed to:

Keely miller / Attorney Generals office
21 street CFC                    313 NE 21st St
                                 Oklahoma City, ok 73105

(identify the name and address of the opposing governmental attorney)

on the following date:

7  7  2023                         _____
month  day  year                   signature

I certify that the total number of pages I am submitting as my Appellant's Combined Opening Brief and Application for a Certificate of Appealability is 30 pages or less or alternatively, if the total number of pages exceeds 30, I certify that I have counted the number of words and the total is ___less than 13000___, which is less than 13,000. I understand that if my Appellant's Combined Opening Brief and Application for a Certificate of Appealability exceeds 13,000 words, my brief may be stricken and the appeal dismissed.

7  7  2023                         _____
month  day  year                   signature

Form COA-12                                           Page 5

**EXHIBIT 1**

EXHIBIT 2

FILED
United States Court of App
Tenth Circuit

June 30, 2023

Christopher M. Wolpert
Clerk of Court

## UNITED STATES COURT OF APPE

### FOR THE TENTH CIRCUIT

RAHEEM LA'MONZE PLATER,

    Petitioner - Appellant,

v.

STEVEN HARPE, Director,

    Respondent - Appellee.

No. 23-6074
(D.C. No. 5:21-CV-01092-HE)
(W.D. Okla.)

## ORDER

On June 29, 2023, this court issued a letter informing Appellant Raheem Plater that this court would prepare the record on appeal, and that the district court had granted Appellant's motion for leave to proceed *in forma pauperis* and no filing fee or further fee application was required for the appeal.

The court also provided Appellant the Combined Opening Brief and Application For a Certificate of Appealability form (form COA brief) and instructed him to complete and return it to the court within 40 days, or by August 8, 2023.

Later the same day, the court received "Appellant's Application for Certificate of Appealability and Brief in Support" which Appellant prepared on June 19, 2023.

Because the court has already sent Appellant the form COA brief with instructions, Appellant will be provided the opportunity to complete and return the form COA brief by August 8, 2023 if he chooses to. If the form COA brief is not received by



that date, the court will treat "Appellant's Application for Certificate of Appealability and

Brief in Support" as Appellant's brief for this appeal.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

By: Sunil N. Rao
Counsel to the Clerk

2

willful ~~fete~~ refusal

to record the male when the
assault occured.
   No misconduct so long as Plaintiff
kept quiet. As to survive until the
2 year statute of limitations


Dishonorable Discharge in her panties

